AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
7/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
07/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GR   DEPUTY

United States of America

v.

Ismael Garcia, Jr.,

Defendant.

Case No. 2:25-MJ-04150-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 18, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Stephanie Crebbs
Complainant's signature

Stephanie Crebbs, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 7, 2025

*Karen L. Stevenson*
Judge's signature

City and state: Los Angeles, California

Hon. Karen Stevenson, U.S. Magistrate Judge
Printed name and title

AUSA: Thi Hoang Ho (x0596)

**AFFIDAVIT**

I, Stephanie Crebbs, being duly sworn, declare and state as follows:

### I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of criminal complaint and arrest warrant against Ismael Garcia, Jr. ("GARCIA") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II.  BACKGROUND OF ATF SPECIAL AGENT STEPHANIE CREBBS

3.   I am a sworn Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since February 2009.  I am currently assigned to the ATF Long Beach Field Office.  As a Special Agent, I have received hundreds of hours of formal and informal training in the enforcement of federal firearms laws and regulations, including training through the

ATF National Academy and Federal Law Enforcement Criminal Investigator Training Program.

4. Through working for ATF, I have conducted investigations into the unlawful sale, possession, manufacturing, transportation, and importation of firearms. In conducting these investigations, I have used a variety of investigative techniques, including surveillance and the execution of search and arrest warrants. Additionally, I have worked in an undercover capacity for ATF on investigations related to individuals selling firearms and narcotics.

### III. SUMMARY OF PROBABLE CAUSE

5. On June 18, 2025, Manhattan Beach Police Department ("MBPD") officers received a report that GARCIA had a firearm in his car. Officers conducted a felony traffic stop on GARCIA's car and saw a firearm in plain view. The officers recovered the loaded firearm. After being Mirandized, GARCIA admitted to possessing the firearm.

6. GARCIA is a convicted felon with four prior felony convictions. GARCIA is therefore prohibited from possessing firearms and ammunition.

### IV. STATEMENT OF PROBABLE CAUSE

7. Based on my review of law enforcement reports and documents, body worn camera video, criminal history reports, photographs, as well as my own observations and knowledge of the investigation, I am aware of the following:

**A.    GARCIA Is Found With a Firearm in His Car and Arrested**

8.   On June 18, 2025, MBPD officers were dispatched to the area of a CVS store, located at 2900 N. Sepulveda Boulevard, Manhattan Beach, California 90266, following a report of an individual asleep in a car with a firearm on his lap. Specifically, the MBPD received a report from Jose Ramirez, a security guard at the Manhattan Village shopping mall, where the CVS was located, that Ramirez had seen a car parked near the CVS with an individual asleep inside. Ramirez attempted to wake the individual numerous times unsuccessfully and saw what appeared to be a firearm on the individual's lap.

9.   When MBPD Officers Shawn Thompson and David Gibbons arrived on the scene, at approximately 2:15 a.m., they saw a 2005 Lexus sedan, bearing California license plate number 6ZGH378, parked west of the CVS. Based on the report that the individual inside the car was armed, in violation of California Penal Code Section 25850(a), carrying a loaded firearm on person/in vehicle/in public place, officers used their patrol car loudspeaker to instruct the individual to wake up and exit his car.

10.   After the individual – later identified as GARCIA based on his California identification card – exited the driver's side of the car and was detained, officers approached the car. While standing outside the left rear window of the car, Officer Gibbons saw in plain view a firearm in the back pocket of the front passenger seat. Officer Gibbons removed the

firearm, which had one .32 caliber bullet in the chamber and three additional bullets in the 20-round magazine.

11.  The firearm did not have any manufacturer's markings and the serial number had been obliterated from the upper receiver, leaving only the letter "J" visible on the receiver.

12.  MBPD officers searched law enforcement databases for GARCIA, and learned that he had prior felony convictions.  Based on these prior felony convictions and the firearm found in his car, officers arrested GARCIA.

13.  MBPD officers also conducted a Mirandized interview of GARCIA, who stated he understood his Miranda rights and agreed to talk to officers.  During the interview, GARCIA acknowledged he bought the firearm from a friend a couple days ago for protection.

    **B.   GARCIA's Prior Felony Convictions**

14.  On July 2, 2025, I reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report and a Los Angeles County Consolidated Criminal History Report System ("CCHRS") criminal history report for GARCIA. According to these reports, GARCIA has previously been convicted of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

    a.   On or about February 2, 1998, petty theft with priors, in violation of California Penal Code Section 666, in the Superior Court for the State of California, County of Los Angeles, Case Number TA49895;

      b.   On or about April 10, 1998, petty theft with priors, in violation of California Penal Code Section 666, in the Superior Court for the State of California, County of Los Angeles, Case Number TA50633;

      c.   On or about May 3, 2000, carjacking, in violation of California Penal Code 215(a), in the Superior Court for the State of California, County of Los Angeles, Case Number PA036353; and

      d.   On or about May 19, 2015, mayhem, in violation of California Penal Code Section 203, in the Superior Court for the State of California, County of Los Angeles, Case Number VA138494.

    **C.**   **Interstate Nexus**

15.  On July 1, 2025, ATF Special Agent and Firearms and Ammunition Interstate Nexus Expert, Tiffany Lamphere confirmed that the four rounds of .32 caliber ammunition, bearing the headstamp Hornady, recovered from the firearm found in GARCIA's car were manufactured outside the state of California. Because the ammunition was found in Manhattan Beach, California, it must have traveled in interstate commerce.

## V. CONCLUSION

16. For all of the reasons described above, there is probable cause to believe that GARCIA committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of July, 2025.

_____
HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE