CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DREW HAVENS (Bar. No 337608)
(E Mail: Drew_Havens@fd.org)
Deputy Federal Public Defender
321 East 2nd Stree
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 893-0081

Attorneys for Defendant
ISMAEL GARCIA, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>ISMAEL GARCIA, JR.,<br>            Defendant. | Case No. 2:25-cr-00655-MEMF<br><br>**WAIVER OF DEFENDANT'S PRESENCE**<br>**(Rule 43, Federal Rules of Criminal Procedure)** |

   Pursuant to Federal Rule of Criminal Procedure 43(b)(3), the defendant's presence is not required at a conference or hearing on a question of law. The undersigned defendant hereby waives the right to be present in person in open court, in person or through video conference, upon hearing of any motion in this cause specifically related to MOTION AND MOTION TO DISMISS INDICTMENT AND TO DISQUALIFY (ECF No. 21).

///
///
///

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 9/10/25

_____
Signature of Defendant

Los Angeles, CA, 90012
_____
City, State, Zip Code

In Custody.
_____
Telephone Number

Date: 9/10/25.

_____
Signature of Attorney

2