UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

| Case No. | CR 25-00655-MEMF & ED CR 25-00264-SSS & CR 22-00573-FWS-2 | Date | September 17, 2025 |
|---|---|---|---|

| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |
|---|---|---|---|

| Interpreter | N/A |
|---|---|

| Derek Davis | None Present | None Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Ismael Garcia, Jr. | NOT | | | None Present | | | |
| Jaime Hector Ramirez | NOT | | | | | | |
| Ronny Rojas | NOT | | | | | | |

**Proceedings:  IN CHAMBERS ORDER**

Prior to re-assignment of the pending Motions to Dismiss Indictments and to Disqualify, Defendants had filed Unopposed Ex Parte Applications to File Oversized Memoranda and to Set Briefing Schedules (ECF No. 9 in United States v. Ramirez, 5:25-cr-00264-SSS; ECF Nos. 20 and 34 in United States v. Garcia, 2:25-cr-00655-MEMF).  Those ex parte applications are GRANTED as to filing of oversized memoranda and are MOOT as to the proposed briefing schedules.  The government's Opposition memoranda to the Motions to Dismiss Indictments and to Disqualify may also exceed page limits, but are LIMITED to 13,319 words (the length of the memorandum in Garcia).  Any Reply memoranda are limited to 7,000 words.

**IT IS SO ORDERED.**

cc: DMG_Chambers