# Exhibit 1

Case 2:25-cr-00655-MEMF   Document 36-1   Filed 09/19/25   Page 1 of 2   Page ID #:277



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6221-2025

AUTHORIZING BILAL A. ESSAYLI TO BE THE INTERIM
UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA
DURING THE VACANCY IN THAT OFFICE

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 546, I designate and appoint Bilal A. Essayli to be the United States Attorney for the Central District of California and to serve in that capacity for the period of one hundred and twenty days or until a Presidential appointee qualifies under 28 U.S.C. § 541, whichever occurs first.

The appointment shall be effective on April 2, 2025.

_3/27/25_
Date

_Pam_
Pamela Bondi
Attorney General