# Exhibit 2



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*BILAL A. ESSAYLI*  
*United States Attorney*

*1200 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

July 29, 2025

Attorney General Pam Bondi  
United States Department of Justice  
Robert F. Kennedy Building, Room 5111  
950 Pennsylvania Avenue, NW  
Washington, D.C. 20530

Dear Attorney General Bondi:

I hereby resign my position as Interim United States Attorney for the Central District of California effective at 5:00 p.m. PDT today, July 29, 2025.

I look forward to continuing to lead the U.S. Attorney's Office for the Central District of California.

Thank you.

Sincerely,

BILAL A. ESSAYLI  
United States Attorney