# Exhibit 4

**U.S. Department of Justice**

Executive Office for United States Attorneys

Human Resources Staff

*III Constitution Square*
*175 N Street, NE, Suite 7.800*
*Washington, DC 20530*

*Phone (202) 252-5300*
*FAX (202) 252-5301*

July 29, 2025

Mr. Bilal Essayli
Central District of California
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

Dear Mr. Essayli:

You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below, you are authorized to conduct in the Central District of California, any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates, which United States Attorneys are authorized to conduct.

This appointment is effective the date of this letter and is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me:

1. This appointment is indefinite but may be terminated at any time without cause.

2. With regard to all matters handled by you as a Special Attorney, you will report to, and act under, the direction of the United States Attorney General or her delegee.

3. During and after the term of your appointment, you will be subject to all laws, regulations, and policies applicable to employees of the Department of Justice and to former employees which prohibit your disclosure to unauthorized persons of information obtained by you in the course of your work as a Special Attorney. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. § 2635 et seq.; the Department's Standards of Conduct, 5 C.F.R. § 3801; federal conflict of interest statutes, 18 U.S.C. §§ 201-209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905; the Freedom of Information Act,

5 U.S.C. § 552; the Privacy Act, 5 U.S.C. § 552a; and political activity restrictions, 5 U.S.C. § 7321 et seq.

4. You will be compensated at the annual rate of [redacted]

5. Your Special Attorney appointment is at will and may be terminated at any time without cause or notice.

You may file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

JEWEL CAMPOS Digitally signed by JEWEL CAMPOS Date: 2025.07.28 11:03:17 -04'00'

Jewel Campos
Assistant Director
Human Resources Staff
Operations Division

The foregoing terms and conditions are hereby agreed to and accepted:

Bilal Essayli Digitally signed by Bilal Essayli Date: 2025.07.29 14:13:26 -07'00'

Bilal A. Essayli