**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
v.
ISMAEL GARCIA, JR.,
Defendant.

Case No. 2:25-cr-00655-MEMF

**ORDER SEALING DOCUMENTS**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's Ismael Garcia Jr.'s psychological evaluation (Exhibit A) shall be filed *under seal*.

DATED: April 7, 2026

By ______________________________
HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

Presented by:

*/s/ Drew Havens*
Deputy Federal Public Defender

Your Proposed Document(s) have been submitted.

---

A confirmation email will follow shortly to following provided email address(es):

- drew_havens@fd.org
- karina_macias@fd.org

---

Go Back to CM/ECF | Submit another Proposed Document

© 2017 - United States District Court, Central District of California.

Proposed Orders Public Web Application v2016.4.15.17304