UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cr-00655-MEMF-1 | Date: | April 15, 2026 |

| | |
|---|---|
| Present: The Honorable | **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE** |
| Interpreter: | N/A |

| | | |
|---|---|---|
| Damon Berry | CourtSmart | Lauren Elizabeth Border |
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ismael Garcia, Jr. | √ | √ | | Drew Havens, DFPD | √ | √ | |

**Proceedings:** **SENTENCING**

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment, ordered dismissed.

Defendant waived reading of the General Order 20-04.

: 38

Initials of Deputy Clerk DBE